# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2023-2858
_____

AKILAH MCGANN,

Appellant,

v.

JECOMIAH WALKER,

Appellee.

_____

On appeal from the Circuit Court for Alachua County.
Sean Brewer, Judge.

May 14, 2024

PER CURIAM.

AFFIRMED.

B.L. THOMAS, RAY, and KELSEY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Akilah McGann, pro se, Appellant.

No appearance for Appellee.